1  Bart Barringer CSB #131756
   LAW OFFICES OF MAYOL & BARRINGER
2  P.O. Box 3049
   Modesto, CA 95353
3  Telephone: (209) 544-9555
   Facsimile: (209) 544-9875
4
5  Attorneys for Plaintiffs,
        Enrico Morelli and Paul Morelli
6
7
                   UNITED STATES DISTRICT COURT
8
                   EASTERN DISTRICT OF CALIFORNIA
9
                          FRESNO DIVISION
10

11 | ENRICO MORELLI AND PAUL MORELLI, | Case No. 1:05-CV- 01068-AWI-DLB
12 |
   | Plaintiffs,                      |
13 |                                   | ORDER CONTINING MANDATORY
   | vs.                               | SCHEDULING CONFERENCE
14 |
15 | CHARLOTTE MORELLI, VICKI PLUMMER, THE PIA FAMILY TRUST A , THE PIA FAMILY TRUST B, THE PIA FAMILY TRUST, THE JA FAMILY TRUST, THE CM TRUST, THE BAY CITIES PROPERTY TRUST, THE R&P VENDING SERVICES TRUST, MODESTO MOTOR CARS, INC., BAY CITIES PROPERTIES, INC., THE PLUMWOOD TRUST, THE DONATORE FOUNDATION, WESTERN BOAT SALES, INC., SAN JOSE MEXICAN RESTAURANT INC., THE MFT TRUST, THE R&P SALES AND SERVICE TRUST, THE BECARIS TRUST, THE SIRLOIN, INC., THE ASPEN TRUST, THE RETINBAH TRUST, and all persons unknown claiming any legal, or equitable right, title, estate lien or interest in the property described herein adverse to Plaintiffs' title or any cloud thereon, and DOES 1-50, inclusive,
              Defendants

-1-
5109-PL-STIPULATION AND ORDER CONTINUING MANDATORY SCHEDULING CONFERENCE

IT IS HEREBY ORDERED that the Mandatory Scheduling Conference scheduled for December 13, 2005 at 8:30 am to continued to January 11, 2006 at 8:30 am and that a Joint Scheduling Report be filed with the Court on or before January 4, 2006.

DATED:  December 1, 2005

_____/s/ Dennis L. Beck_____
U.S. MAGISTRATE JUDGE

Law Offices of
MAYOL & BARRINGER
1324 "J" Street Modesto, CA 95354
P.O. Box 3049 Modesto, CA 95353
(209) 544-9555 Fax (209) 544-9875

-2-
5109-PL-STIPULATION AND ORDER CONTINUING MANDATORY SCHEDULING CONFERENCE