# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENRICO MORELLI, et al., | CASE NO. **CV F 05-1068 LJO DLB** |
| Plaintiffs, | **MAGISTRATE JUDGE CONSENT ORDER** |
| vs. | |
| CHARLOTTE MORELLI, et al., | |
| Defendants. / | |

This Court understands that the parties had given oral consent to the conduct of all further proceedings, including trial, before a United States Magistrate Judge. Accordingly, this Court ORDERS the parties' counsel to obtain a Consent to Exercise of Jurisdiction by a United States Magistrate Judge ( "consent form"), which is available from this Court's webpage at http://207.41.18.73/caed/staticOther/page_947.htm. This Court further ORDERS the parties' counsel, no later than March 5, 2007, to complete and file the consent form to confirm whether they consent to the conduct of all further proceedings by a United States Magistrate Judge.

IT IS SO ORDERED.

**Dated:   February 26, 2007**            /s/ Lawrence J. O'Neill
66h44d                                    UNITED STATES DISTRICT JUDGE