# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENRICO MORELLI, et al., | CASE NO. CV F 05-1068 LJO DLB |
| Plaintiffs, | **ORDER TO TRANSFER ACTION** |
| vs. | |
| CHARLOTTE MORELLI, et al., | |
| Defendants. | |

Based on the parties' stipulation and good cause, this Court TRANSFERS this action to the United States District Court for the District of Nevada, Reno Division. This Court further:

1. DIRECTS the clerk to take necessary action to transfer this action to the United States District Court for the District of Nevada, Reno Division; and
2. VACATES all pending dates before this Court, including the August 3, 2007 pretrial conference and September 25, 2007 trial.

IT IS SO ORDERED.

**Dated:   July 18, 2007**                    /s/ Lawrence J. O'Neill
                                              UNITED STATES DISTRICT JUDGE

1